MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IGNACIO MUNGUIA GOMEZ,<br><br>    Defendant. | No. CR 11-0535 RS<br><br>**STIPULATION AND [**~~PROPOSED~~**]**<br>**ORDER EXCLUDING TIME UNDER 18**<br>**U.S.C. § 3161** |

      On September 20, 2011, the parties in this case appeared before the Court. At that time, the Court set the matter to November 15, 2011. The parties have agreed to exclude the period of time between September 20, 2011 and November 15, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 11-0535 RS

1  At the hearing, the Court made findings consistent with this agreement.  SO STIPULATED:

2

3
                                            MELINDA HAAG
4                                           United States Attorney

5

6  DATED: October 4, 2011               _____/s/_____
                                            LOWELL C. POWELL
7                                           Special Assistant United States Attorney

8

9  DATED: October 4, 2011               _____/s/_____
                                            STEVEN KALAR
10                                          Attorney for IGNACIO MUNGUIA GOMEZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0535 RS

|   |   |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | For the reasons stated above and at the September 20, 2011 hearing, the Court finds that |
| 3 | the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from |
| 4 | September 20, 2011 through November 15, 2011 is warranted and that the ends of justice served |
| 5 | by the continuance outweigh the best interests of the public and the defendant in a speedy trial. |
| 6 | 18 U.S.C. §3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of |
| 7 | the reasonable time necessary for effective preparation, taking into account the exercise of due |
| 8 | diligence.  18 U.S.C. §3161(h)(7)(B)(iv). |

IT IS SO ORDERED.

DATED: 10/4/11

THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0535 RS