1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   LOWELL C. POWELL (CABN 235446)
5  Special Assistant United States Attorney

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7368
      Facsimile: (415) 436-7234
8     E-Mail: lowell.powell2@usdoj.gov

9  Attorneys for the United States of America

10
11                          UNITED STATES DISTRICT COURT
12                         NORTHERN DISTRICT OF CALIFORNIA
13                              SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,          )   No. CR 11-0535 RS
                                      )
15         Plaintiff,                 )
                                      )
16         v.                         )   **STIPULATION AND [PROPOSED]**
                                      )   **ORDER EXCLUDING TIME UNDER 18**
17 IGNACIO MUNGUIA GOMEZ,             )   **U.S.C. § 3161**
                                      )
18                                    )
           Defendant.                 )
19 _____)

20         On November 15, 2011, the parties in this case appeared before the Court. At that time,

21 the Court set the matter to November 29, 2011. The parties have agreed to exclude the period of

22 time between November 15, 2011 and November 29, 2011, from any time limits applicable under

23 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the

24 reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. §

25 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an

26 exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18

27 U.S.C. § 3161(h)(7)(A).

28 ///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0535 RS

1 | At the hearing, the Court made findings consistent with this agreement.  SO STIPULATED:

2

3

4 | MELINDA HAAG
United States Attorney

5

6 | DATED: November 29, 2011             _____/s/_____
7 | LOWELL C. POWELL
Special Assistant United States Attorney

8

9 | DATED: November 29, 2011             _____/s/_____
STEVEN KALAR
10 | Attorney for IGNACIO MUNGUIA GOMEZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0535 RS

|     |     |
| --- | --- |
| 1   | [PROPOSED] ORDER |
| 2   | For the reasons stated above and at the November 15, 2011 hearing, the Court finds that |
| 3   | the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from |
| 4   | November 15, 2011 through November 29, 2011 is warranted and that the ends of justice served |
| 5   | by the continuance outweigh the best interests of the public and the defendant in a speedy trial. |
| 6   | 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of |
| 7   | the reasonable time necessary for effective preparation, taking into account the exercise of due |
| 8   | diligence.  18 U.S.C. §3161(h)(7)(B)(iv). |

IT IS SO ORDERED.

DATED: 11/29/11

THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0535 RS